UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK TAVASJA<br><br>                      Plaintiff,<br><br>  -against-<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                      Defendants. | 23-CV-10613 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 5, 2023, Plaintiff filed his Petition seeking, in part, mandamus and injunctive relief with respect to Plaintiff's asylum application. (*See* ECF 1.) On December 6, 2023, Judge Gregory H. Woods scheduled this case for an initial conference on April 9, 2024 at 3:00 PM (ECF 5). On February 14, 2024, the parties agreed to conduct all further proceedings before me pursuant to 28 U.S.C. § 636(c). (*See* ECF 10.)

It is ORDERED that, **by March 8, 2024**, Plaintiff shall file a memorandum of law in support of his request for affirmative relief. The Government shall, by **April 5, 2024**, file a memorandum of law in opposition to Plaintiff's request. Plaintiff shall, by **April 19, 2024**, file any reply memorandum. The memoranda and other materials shall comply with the Court's individual practices.

Additionally, it is ORDERED that the previously scheduled initial conference is adjourned sine die.

The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

DATED:  February 16, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge